UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAURICE CARTER, | No. 2:15-cv-1895 KJN P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| SOLANO COUNTY SHERIFF'S DETENTION CENTER, et al., | |
| Defendants. | |

      By an order filed September 18, 2015, plaintiff was ordered to file an in forma pauperis affidavit and a certified trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not the required forms.

      In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

      IT IS RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

1 | objections with the court and serve a copy on all parties.  Such a document should be captioned
2 | "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
3 | objections shall be filed and served within fourteen days after service of the objections.  The
4 | parties are advised that failure to file objections within the specified time may waive the right to
5 | appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6 | Dated:  October 28, 2015

/cart1895.fifp

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE